UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. C-09-00190 PJH

MICHAEL GURMU

    Petitioner

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES

    Respondent

## ORDER

**THIS CAUSE** is before the court on Petitioner's Petition to Amend Petition for Naturalization, filed January 15, 2009, seeking an order that Respondent amend his naturalization certificate to reflect his correct date of birth. Having reviewed the record and there being no opposition to Petitioner's request, it is hereby:

**ORDERED** that Respondent United States Citizenship and Immigration Services shall amend Petitioner's certificate of naturalization to reflect his correct date of birth of July 12, 1940 and shall forthwith issue to him a new certificate of naturalization with said information.

Dated: 8/11/09

PHYLLIS J. HAMILTON
United States District Judge

Page 1